**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CUMBERLAND PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> INNOPHARMA, INC., <br><br> Defendant. | C.A. No. 12-618-LPS |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that, effective October 1, 2012, Kristen Healey Cramer and Dana K. Severance, counsel for Plaintiff Cumberland Pharmaceuticals Inc. in the above action, will have changed law firms.  Effective October 1, 2012, Kristen Healey Cramer and Dana K. Severance should be served at Womble Carlyle Sandridge & Rice, LLP, as indicated below:

Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
kcramer@wcsr.com
dseverance@wcsr.com
(302) 252-4320

Respectfully submitted,

Dated: September 28, 2012       By:     /s/ Kristen Healey Cramer
                                                  Kristen Healey Cramer (#4512)
                                                  Dana K. Severance (#4869)
                                                  CONNOLLY BOVE LODGE & HUTZ LLP
                                                  The Nemours Building
                                                  1007 North Orange Street
                                                  Wilmington, DE 19801
                                                  Telephone: (302) 888-6317
                                                  Facsimile: (302) 658-5614

Laura P. Masurovsky (*pro hac vice*)
Mark J. Feldstein (*pro hac vice*)
Danielle A. Duszczyszyn (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Plaintiff*
*CUMBERLAND PHARMACEUTICALS INC.*

## <u>CERTIFICATE OF SERVICE</u>

I, Kristen Healey Cramer, hereby certify that on September 28, 2012, I caused to be

electronically filed a true and correct copy of **Notice of Change of Affiliation** with the Clerk of

the Court using CM/ECF, which will send notification that such filing is available for viewing

and downloading to the following counsel of record:

John C. Phillips, Jr.
Megan C. Haney
Philips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Imron T. Aly
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

<u>/s/ Kristen Healey Cramer</u>
Kristen Healey Cramer

5026593